CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 14 2023

LAURA A. AUSTIN, CLERK
BY: /s/ A. Meade
      DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:23CR4 |
| v. | |
| SHANNON MICHAEL ROBERT GATLIN | Violation: 18 U.S.C. §§ 2252(a) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about September 28, 2022, in the Western District of Virginia and elsewhere, SHANNON MICHAEL ROBERT GATLIN, knowingly and intentionally possessed matter containing one or more visual depictions, specifically, contained on his Samsung Galaxy Tablet and Motorola cellular telephone, that had been shipped and transported using any means and facility of interstate or foreign commerce or in or affecting interstate or foreign commerce and that were produced using materials that had been shipped and transported using any means and facility of interstate or foreign commerce, including by computer.

2. The production of such visual depictions involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

3. At least one of the visual depictions involved a prepubescent minor and a minor who had not attained 12 years of age engaged in sexually explicit conduct, and such visual depiction was of such conduct.

4. All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

USAO #2022R00298

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

   a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of law, pursuant to 18 U.S.C. § 2253(a)(1);

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said violation of law, pursuant to 18 U.S.C. § 2253(a)(2);

   c. any property, real or personal used or intended to be used to commit or to promote the commission of said violation of law, or any property traceable to such property, pursuant to 18 U.S.C. § 2253(a)(3).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Electronic Equipment**

   Tablet - Black Samsung Galaxy Tab A 2016, Model: SM-T280, SN: R52HA1XYQJH

   Cell phone - Blue Motorola, Model: XT2163DL, IMEI: 356676303501016

   b. All such material containing the above-described visual depictions.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

USAO #2022R00298

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this ___14___ day of March, 2023.

/s/ Grand Jury Foreperson

*[signature: Danielle Stone]*

for CHRISTOPHER R. KAVANAUGH
United States Attorney

USAO #2022R00298